IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RHONDA SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>WALGREENS PHARMACY SERVICES MIDWEST, LLC and JOHN DOES 1–10,<br><br>    Defendants. | CASE NO:<br>7:24-cv-126–WLS |

## **ORDER**

Presently before the Court is Defendant Walgreens Pharmacy Services Midwest LLC's counsel Jamala S. McFadden's Notice of Leave of Absence (Doc. 14) ("Notice"). Therein, Ms. McFadden moves the Court for leave for the periods May 21-23, June 26-27, and July 21-31, 2025. Pursuant to M.D. Ga. L.R. 83.1.5, applications for leave of absences should not be filed unless the attorney has been notified by the court to appear during the time the attorney wishes to be absent. Because the Court has not notified Ms. McFadden to appear during the requested periods of absence, the Notice (Doc. 14) is **DENIED, WITHOUT PREJUDICE, AS MOOT**

**SO ORDERED**, this 23rd day of April 2025.

                                                              **/s/ W. Louis Sands**
                                                              **W. LOUIS SANDS, SR. JUDGE**
                                                              **UNITED STATES DISTRICT COURT**