IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **RHONDA SCOTT,** : <br> : <br> **Plaintiff,** : <br> : <br> v.  : <br> : <br> **WALGREEN PHARMACY SERVICES** : <br> **MIDWEST, LLC and JOHN DOES 1–10,** : <br> : <br> **Defendants.** : <br> _____ : | **CASE NO:** <br> **7:24-cv-126–WLS** |

## ORDER

Before the Court is Walgreen Pharmacy Services Midwest, LLC's ("Walgreen") Partial Motion to Dismiss John Doe Defendants and Counts V and VI of Plaintiff's First Amended Complaint for Damages (Doc. 18) ("Partial Motion to Dismiss"). Also before the Court is Plaintiff's Response to Defendant's Partial Motion to Dismiss (Doc. 23) ("Response"). In her Response, Plaintiff advises that upon review of the Partial Motion to Dismiss, she does not oppose dismissal of the John Doe Defendants or the dismissal of Counts V and VI of her First Amended Complaint (Doc. 16).

Accordingly, Walgreen's Partial Motion to Dismiss (Doc. 18) is **GRANTED** without objection. Defendants John Does 1–10 are **DISMISSED WITH PREJUDICE** as parties to this action. Further, Count V—Retaliation in Violation of the Georgia Whistleblower Protection Act (O.C.G.A. § 45-1-4) and Count VI—Wrongful Termination in Violation of Public Policy (Common Law—State of Georgia) are **DISMISSED WITH PREJUDICE**.

**SO ORDERED**, this 4th day of June 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1