IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **RHONDA SCOTT,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CASE NO:** |
| : | **7:24-cv-126–WLS** |
| **WALGREEN PHARMACY SERVICES** : | |
| **MIDWEST, LLC,** : | |
| : | |
| **Defendant.** : | |

## **ORDER**

Before the Court is Walgreen Pharmacy Services Midwest, LLC's ("Walgreen") Motion for Leave to File Protective Order Out of Time (Doc. 26) ("Protective Order Motion") filed August 18, 2025. Therein Walgreen requests the Court extend the June 27, 2025 deadline for filing a protective order to a date past the current deadline. Also before the Court is Plaintiff's Motion to Extend Time to Join Another Party or Amend Pleadings (Doc. 27) ("Joinder/ Amend Motion") filed August 18, 2025. Therein Plaintiff requests the Court extend the August 18, 2025 deadline for joining another party or amending pleadings to September 30, 2025.

Both parties point to the other parties' uncooperativeness as the reason, at least in part, an extension is needed for their respective filings—albeit that Walgreen did not begin discussions with Plaintiff regarding a joint or consent protective order until after the June 27, 2025 deadline.[1] Plaintiff asserts Walgreen has not timely responded to interrogatories and requests for production of documents that are necessary for Plaintiff to identify other parties that may need to be joined. The discovery requests were propounded to Walgreen on June 9, 2025. Plaintiff states she has been attempting, unsuccessfully, to work out this matter with Walgreen without involving the Court.

---

[1] Walgreen first attempted to confer with Plaintiff regarding the protective order on August 4, 2025. (Doc. 26 ¶ 4).

1

The Court expects the parties to work together in a professional manner and to cooperate with the requests of the other where appropriate. The Court, with respect to Rule 37 motions, reminds the parties of the timelines sets out in the Scheduling/Discovery Order (Doc. 22) with which the parties must comply.

On or before **Monday, August 25, 2025**, the Plaintiff shall file a response to the Protective Order Motion, and on or before **Monday, August 25, 2025**, Defendant shall file a response to Plaintiff's Joinder/Amend Motion. No further briefs shall be filed without permission of the Court. The Court will take the respective motions under advisement once the responses are filed.

**SO ORDERED**, this 19th day of August 2025.

                                                /s/W. Louis Sands
                                                **W. LOUIS SANDS, SR. JUDGE**
                                                **UNITED STATES DISTRICT COURT**