**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

RONDA SCOTT,                          :
                                      :
     **Plaintiff,**                   :
                                      :
v.                                    :        **CASE NO:**
                                      :        **7:24-cv-126–WLS**
WALGREEN PHARMACY SERVICES            :
MIDWEST, LLC,                         :
                                      :
     **Defendant.**                   :
_____       :

## ORDER

Before the Court is Plaintiff's Motion to Amend Discovery/Scheduling Order (Doc. 58) ("Motion to Amend") filed March 30, 2026. Plaintiff asserts the extension is necessary because Defendant has failed to provide complete responses to Plaintiff's discovery requests and as a result, Plaintiff has been unable to effectively depose four of Defendant's employees that she had previously scheduled for deposition. A hearing is currently scheduled for Tuesday, April 14, 2026, on various motions to compel and motions for sanctions pending in this case. The Court finds it appropriate to consider the Motion to Amend at the April 14, 2026 hearing and to, therefore, shorten Defendant's response time on Plaintiff's Motion to Amend.

Accordingly, on or before **Thursday, April 9, 2026**, Defendant may file its response, if any, to the Motion to Amend.

**SO ORDERED**, this 2nd day of April 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**