# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

RONDA SCOTT,                                      :
                                                 :
    **Plaintiff,**                                :
                                                 :
    v.                                          :         **CASE NO:**
                                                 :     **7:24-cv-126–WLS**
                                                 :
**WALGREEN PHARMACY SERVICES**                   :
**MIDWEST, LLC,**                                :
                                                 :
    **Defendant.**                               :
_____      :

## ORDER

On April 14, 2026, the Court held a hearing on Defendant's Motion for Sanctions Pursuant to 28 U.S.C. § 1927 (Doc. 38), (2) Plaintiff's Cross-Motion for Sanctions and to Compel (Doc. 39), Plaintiff's Second Motion to Compel (Doc. 55), and Plaintiff's Motion to Amend Discovery/Scheduling Order (Doc. 58), collectively, the Motions. This Order memorializes the Court's instructions given at the conclusion of the hearing.

The Court concluded that the Parties should be given the opportunity to amicably resolve the issues in the Motions. Accordingly, on or before **Tuesday, April 21, 2026**, the Parties shall confer and file a joint status report apprising the Court of their proposed resolution of the Motions including any suggested or agreed extension of the discovery deadlines in this matter. In the event they are unable to file a joint status report, then by the same date, each Party shall file a status report as to their position and why the matters could not be jointly resolved. If additional time is needed to file a joint or other status report, then prior to the expiration of the above reporting deadline the Party or Parties may file an appropriate motion for extension of time to comply with this Order.

**SO ORDERED**, this 15th day of April 2026.

                                **/s/W. Louis Sands**
                                **W. LOUIS SANDS, SR. JUDGE**
                                **UNITED STATES DISTRICT COURT**

1