**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **RONDA SCOTT,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CASE NO:** |
| | : | **7:24-cv-126–WLS** |
| | : | |
| **WALGREEN PHARMACY SERVICES** | : | |
| **MIDWEST, LLC,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Before the Court is Defendant's Status Report (Doc. 66) ("Report") timely filed in response to the Court's April 15, 2026 Order (Doc. 65) requiring the parties to file a joint status report apprising the Court of their proposed resolution of the Motions[1] pending before the Court.[2] Defendant's Report reflects that the parties have not been able to resolve all of the discovery issues presented in their Motions but requests that the Court allow them an extension of seven days or until Tuesday, April 28, 2026, within which to submit a second report regarding the status of the outstanding discovery issues. The Court finds good cause exists to grant Defendant's request.

Accordingly, the requested extension included in Defendant's Status Report (Doc. 66) is **GRANTED**. On or before **Tuesday, April 28, 2026**, the parties shall confer and file a joint status report apprising the Court of their proposed resolution of the Motions including any suggested or agreed extension of the discovery deadlines in this matter. In the event they are

---

[1] The pending Motions are Defendant's Motion for Sanctions Pursuant to 28 U.S.C. § 1927 (Doc. 38), (2) Plaintiff's Cross-Motion for Sanctions and to Compel (Doc. 39), Plaintiff's Second Motion to Compel (Doc. 55), and Plaintiff's Motion to Amend Discovery/Scheduling Order (Doc. 58), collectively, the Motions.

[2] Defendant's Report indicates Plaintiff would file a separate report with the Court. (Doc. 66 n.1). As of entry of this Order, the Court has not received Plaintiff's report which, in the event a joint report was not filed, was due April 21, 2026.

unable to file a joint status report, **then by the same date**, each party shall file a status report as to their position and why the matters could not be jointly resolved.

In the event the parties are unable to resolve all issues, then upon receipt of the status report or reports due Tuesday, April 28, 2026, the Court will consider this matter to be taken under advisement and will issue its decision on the Motions.

**SO ORDERED**, this 24th day of April 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2